OFFICE OF GARY J. MEYERS, FUND ADMINISTRATOR    202 | 783 | 4884    FAX 202 | 393 | 6475
UNITED UNIONS BUILDING • 1750 NEW YORK AVENUE, N.W. • SUITE 501 • WASHINGTON, DC 20006-5301

February 17, 2006

Mr. Elias Kafantaris                                    Code: C-5057
CH-IK Painting Co., Inc.                                LU #: DC0006
1256 Industrial Parkway
Brunswick, OH 44212

Dear Mr. Kafantaris:

Your company, CH-IK Painting Co., Inc. (hereinafter "the Company"), is delinquent in contributions to the International Painters and Allied Trades Industry Pension Fund and District Council 6 Trust Funds (hereinafter "the Fund") in principal of $8,597.42, and $165.10 in interest assessed through February 28, 2006 for the period of September and October 2005 owed the IUPAT Pension Fund, $443.82 in interest owed District Council 6 Trust Funds along with $675.00 in liquidated damages owed to the District Council 6 Trust Funds, for a total of $9,881.34.

Solely in consideration of the fact that if the Company is required to pay the full delinquency immediately it would endanger the financial stability of the Company, and hence the livelihood and pension credits and benefits of the participating employees, the Trustees of the Fund have agreed to permit you to follow the time payment plan outlined in this Promissory Note.

1. The total principal amount as set forth above, and interest accruing, amortized at six (6%) percent per annum, must be paid in full no later than October 15, 2006.

2. The principal and interest shall be paid at the rate of $1,125.56 **(to be overnighted)** per month, for 9 months, payable with each current remittance report submitted hereafter, or in any month in which a remittance report is not submitted, by the 15th of that month, until the entire debt has been paid.

3. The attached worksheet, marked Exhibit A, and incorporated herein by reference as though fully written herein, sets forth the total principal debt including interest, the required monthly payments, and their respective due dates. The Company agrees that Exhibit A represents the correct amounts owed this Fund.

4. The Company agrees that current remittance reports for all Union jurisdictions will be filed and contributions paid in the manner and within the time required by the Trustees of this Fund. If any further delinquency occurs from this date forward, either as to the debt previously incurred, or as to current payments, such delinquency will be deemed a breach of this agreement and the entire debt, including any amounts conditionally waived, will be due immediately. In that event, appropriate action may be immediately undertaken by the Trustees of the Fund or the Local Union or District Council involved, in accordance with the terms of the applicable Collective Bargaining Agreement and with the Agreement and Declaration of Trust.


EXHIBIT 3

CH-IK Painting Co., Inc.
February 17, 2006
Page Two

### Promissory Note

4. For this agreement to take effect and if the Company agrees to these terms, <u>an authorized representative of the Company</u> **must sign the agreement in the presence of a notary and return the original agreement by,** February 28, 2006, **along with one of the following:** (1) a bond in the amount of the note, with the Pension Fund as the sole payee, (2) Assignment of Claims on a current job project, and proof of the assignment, (3) a <u>signed</u> personal guarantee, or (4) an irrevocable letter of credit from your bank.

5. The first installment of $1,125.56 must reach the District Council 6 Trust Fund Office no later than, February 28, 2006 along with the current reports and contributions as defined on "Exhibit A."

6. Although the Fund Administrator, Gary J. Meyers, has signed this Promissory Note, the Company understands the terms of the Note are ineffective unless each item referenced in paragraph five is provided to the Fund Office.

Sincerely,

*Gary J. Meyers*
Fund Administrator

The undersigned warrants and represents that he or she is a duly authorized representative of the Company, with full authority to bind the Company to this agreement. The undersigned and the Company agree that the foregoing constitutes a binding agreement between the Fund and the Company.

Signature: _ECIAS KARANIKIS X_
Authorized Representative

Printed Name of Authorized Representative: _ECIAS KARANIKIS_

Title: _PRESIDENT_

S.S.#: _____

Company Name: _CH-IK PAINTING, INC_

Sworn and subscribed to before me on this _MARCH 3._ day of, 200_6_.

_Kari J. Kanicki_
NOTARY PUBLIC

My commission expires _____

KARI J. KANICKI
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Cuyahoga County
My Comm. Exp. 1/22/11

CH-IK Painting Co., Inc.
February 17, 2006
Page Three

## PERSONAL GUARANTEE
### Promissory Note

I, ELIAS KARANIYALIS, have read and understand the foregoing agreement. In consideration of the consent by the Fund to the agreement, I personally guarantee the payments that the Company has agreed to make, and agree as follows:

1. If the Company fails to comply with the agreement at any time, I will pay all contributions, delinquencies, and amounts specified in the agreement, that the Company owes to the Fund, within ten (10) days after receipt of a written demand for payment by the Fund. Delivery by first class mail to the following address shall be conclusive proof, though not the only means of proving my receipt of a written demand:

The address to which notice should be sent:

1256 Industrial Pkwy
Brunswick, Ohio 44212

2. The Fund may demand payment from me at any time after a failure of compliance by the Company with this agreement, and I waive any defense of un-timeliness or dilatoriness against a demand for payment by the Fund.

3. If I fail to pay on the terms set out here, I shall be liable under the same terms, and to the same extent, as the Company and my liability shall include the contractual and statutory liabilities of the Company.

Signature: X [signature]

Printed Name of Personal Guarantor: ELIAS KARANIYALIS

Home Address of Personal Guarantor: 13339 Maple Brook
Strongsville, Ohio 44136

Home Telephone Number of Personal Guarantor: (216) 244-1805

Cell Phone # and Fax # of Personal Guarantor: (216) 244-1803

Relationship of Personal Guarantor to the Company: Owner

Social Security Number of Personal Guarantor: 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

Sworn and subscribed to before me on this March day of 3, 2006.

[signature] Kari J. Kanicki
NOTARY PUBLIC

My commission expires _____

KARI J. KANICKI
NOTARY PUBLIC
STATE OF OHIO
Recorded in
Cuyahoga County
My Comm. Exp. 1/22/11



EXHIBIT 4

*[handwritten top: C 5057   DC6   "J"   10/05   Elias Kafantaris   330-220-1749]*

CH-IK Painting Co., Inc.
February 17, 2006
Page Four

**EXHIBIT A**
**PROMISSORY NOTE**

*[handwritten: carrie]*

NOTE:   All Payments and remittance reports and contributions under this Promissory Note Agreement must be <u>overnighted</u> directly to:

PAINTING INDUSTRY INSURANCE AND PENSION FUNDS
ATTN: MR. SHAWN KROEGER, ADMINISTRATOR
8257 DOW CIRCLE
CLEVELAND, OH, 44136

| Payment # | Amount Due | Current Reports, with Contributions Due | Date Due |
|---|---|---|---|
| 1. | $1,125.56 ✓ STB 3/13/06 | | February 28, 2006 |
| 2. | $1,125.56 Pd 4/11/06 SK | February 2006 NONE | March 15, 2006 |
| 3. | $1,125.56 ( | ) March 2006 | April 15, 2006 |
| 4. | $1,125.56 | April 2006 | May 15, 2006 |
| 5. | $1,125.56 | May 2006 | June 15, 2006 |
| 6, | $1,125.56 | June 2006 | July 15, 2006 |
| 7. | $1,125.56 | July 2006 | August 15, 2006 |
| 8, | $1,125.56 | August 2006 | September 15, 2006 |
| 9. | $1,125.56 | September 2006 | October 15, 2006 |