# RETURN OF SERVICE

**UNITED STATES DISTRICT COURT**          **DISTRICT OF COLUMBIA**

Case No.: 1:06CV01309

International Painters and Allied Trades Industry
Pension Fund

vs

CH-IK Painting, Inc., et al.

SERVICE OF PROCESS ON: **Elias Kafantaris**

_George H. Veselenik_, undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: 08-05-06
Place of Service: 13339 Maplebrooke Strongsville
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

X ___ By handing to defendant personally.
X ___ By hand delivering to an adult resident of defendant's residence.
Name & Relationship: _Angie Kafantaris_

X Description of Person Receiving Documents: Male/**Female**   Skin Color _CA_
                                               Hair Color _Dark_  Age _40_, Hgt _5'5_ Wgt _130_

Undersigned declares under penalty of perjury that the foregoing is true and correct

_[signature]_                            08-05-06
Signature of Server                      Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16ᵀᴴ Fl.
Philadelphia, PA 19106                   215-922-6700