# RETURN OF SERVICE

UNITED STATES DISTRICT COURT        DISTRICT OF COLUMBIA

Case No.: 1:06CV01309

International Painters and Allied Trades Industry
Pension Fund

vs

CH-IK Painting, Inc., et al.

SERVICE OF PROCESS ON: **CH-IK Painting, Inc.**

X George H. Veselen. K , undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action:

Date of Service: X 08-30-06
Place of Service: X 1256 Industrial Parkway Brunswick Ohio
Documents Served: **Summons and Complaint**

A true and correct copy of the aforesaid papers were served on the above named party or witness in the following manner:

X By handing to defendant personally. Elias Kafantaris
___ By hand delivering to an officer or person-in-charge or managing agent,...to wit:
Name & Title: _____

Description of Person Receiving Documents: Male/Female   Skin Color _____
Hair Color GRAY   Age ___ Hgt 5'9 Wgt 140

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____    X 08-30-06
Signature of Server                  Date

Sanford G. Rosenthal, Esquire
Jennings Sigmond, P.C.
510 Walnut Street, 16TH Fl.
Philadelphia, PA 19106                215-922-6700