IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND ) ) ) | |
| Plaintiff ) | CIVIL ACTION |
| v.                                                  ) | NO.: 06-1309 |
| ) | |
| CH-IK PAINTING, INC., *et al.* ) ) | |
| Defendants ) | |

### REQUEST TO CLERK TO ENTER DEFAULT
### PURSUANT TO FED. R. CIV. PRO. 55(a)

You will please enter a default on Defendants, CH-IK Painting, Inc. ("Company") and Elias Kafantaris, ("Kanfantaris" and together with Company, "Defendants") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent Cprek.

                                        Respectfully submitted,

                                        JENNINGS SIGMOND, P.C.

                             BY: s/ Kent Cprek
                                KENT CPREK
                                Bar No. 478231
                                SANFORD G. ROSENTHAL
                                Bar No. 478737
                                The Penn Mutual Towers, 16th Floor
                                510 Walnut Street, Independence Square
                                Philadelphia, PA 19106-3683
                                (215) 351-0615/0669
                                Attorneys for the Fund

Date: September 20, 2006
OF COUNSEL:
Jessica L. Tortella
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0669
170715-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) | CIVIL ACTION |
| v. | ) ) | NO.: 06-1309 |
| CH-IK PAINTING, INC., *et al.* | ) ) | |
| Defendants | ) | |

### DECLARATION OF KENT CPREK FOR ENTRY OF DEFAULT

I, Kent Cprek, Esquire, declare the following:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action was served on the Defendant, Elias Kafantaris, ("Kanfantaris"), by George Veselenik, Process Server, who served Angie Kafantaris, Wife of Elias Kafantaris at their joint residence located at 13339 Maplebrooke, Strongsville, OH 44136 on August 5, 2006. The Complaint and Summons in this action was served on the Defendant, CH-IK Painting, Inc. ("Company" and together with Kanfantaris "Defendants"), by George Veselenik, Process Server who served Elias Kafantaris, President of Company, at 1256 Industrial Parkway, Brunswick, OH 44212 on August 30, 2006. The Returns of Service have been duly docketed with the Court.

3. The time in which the Defendants may answer or otherwise move as to the Complaint has expired.

4. Defendants have not answered or otherwise moved and the time for Defendants to answer or otherwise move has not been extended by Order of the Court.

170715-1                                   2

5.   Neither of the Defendants are infants or incompetent people and, as a corporation, CH-IK Painting, Inc., is not in the military service.  A separate Declaration is attached with respect to the individual defendant, Elias Kafantaris.

>    I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: <u>September 20, 2006</u>     BY: <u> s/ Kent Cprek</u>
                                        KENT CPREK, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND )<br><br>Plaintiff )<br>v. )<br>)<br>CH-IK PAINTING, INC., *et al.* )<br>)<br>Defendants ) | CIVIL ACTION<br>NO.: 06-1309 |

## DECLARATION OF NON-MILITARY SERVICE

KENT CPREK, ESQUIRE, declares that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Elias Kafantaris, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

                                                        I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Date: <u>September 20, 2006</u>        BY:<u>   s/ Kent Cprek   </u>
                                                           KENT CPREK, ESQUIRE

170715-1

## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

CH-IK Painting, Inc.
1256 Industrial Parkway North
Brunswick, OH  44212

and

Elias Kafantaris
13339 Maple Brook
Strongsville, OH  44136

Date: September 20, 2006                    BY:  s/ Kent Cprek
                                            KENT CPREK, ESQUIRE

170715-1