## CERTIFICATE OF SERVICE

I, KENT CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Motion for Judgment by Default by the Court pursuant to Federal Rule of Civil Procedure 55(b)(2) against Defendants was served by mailing same first class mail, postage prepaid, on the date listed below to:

CH-IK Painting, Inc.
1256 Industrial Parkway North
Brunswick, OH  44212

and

Elias Kafantaris
13339 Maple Brook
Strongsville, OH  44136

s/ Kent Cprek
KENT CPREK, ESQUIRE

Date: September 29, 2006

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWEING AND DOWNLOADING FROM THE ECF SYSTEM**

172748_1.DOC