**CH-IK PAINTING, INC.**
**1256 INDUSTRIAL PARKWAY**
**BRUNSWICK, OH 44212**
**PH: 330-220-1749**

**LOCAL:      DC 6**

**DATE OF REVIEW: 2/21/06**

**PERIOD REVIEWED: 01/01/02 – 12/31/05**

**CONTACT: ROB MCNEELY**

**ROBERT E. MOORE, CPA**



EXHIBIT
5

# MOORE, RENNER & SIMONIN, P.C.

CERTIFIED PUBLIC ACCOUNTANTS
3636 NORTH BELT WEST
BELLEVILLE, ILLINOIS 62226

ROBERT E. MOORE, CPA
JEFFREY T. RENNER, CPA*
SCOTT L. SIMONIN, CPA
·····················
PAUL G. VOLLMER, CPA

*ILLINOIS AND MISSOURI

PHONE (618) 233-5049
FAX  (618) 233-1061

**Independent Accountant's Report
On Applying Agreed-Upon Procedures**

June 12, 2006

IUPAT & Industry Pension Fund
1750 New York Avenue, N.W.
Washington, DC  20006

We have applied certain procedures, as discussed below, to the payroll of **CH-IK  Painting, Inc.** a contributing employer to the IUPAT & Industry Pension Fund for the period January 1, 2002 to December 31, 2005. The purpose of our review was to assist you in determining whether contributions to the Trust Funds are being made in accordance with the collective bargaining agreements in effect and with the Trust Agreements of the Funds.   The propriety of the contributions is the responsibility of the employer's management.   This agreed upon procedures engagement was performed in accordance with attestation standards established by the American Institute of Certified Public Accountants.   The sufficiency of the procedures is solely the responsibility of the specified users of the report.   Consequently, we make no representation regarding the sufficiency of the procedures described below either for the purpose for which this report has been requested or for any other purpose.

Our procedures generally include a review of the pertinent provision of the collective bargaining agreements and comparing underlying employer payroll records to Fund contribution records.  The employer records we review may include payroll journals, individual earnings records, payroll tax returns, contribution reports, job classifications, and general disbursement records.  The scope of this engagement is limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Trust Funds.  Any compensation paid to employees not disclosed to us or made part of the written record is not determinable by us and is not included in our review.

We were not engaged to, and did not, conduct and examination, the objective of which would be the expression of an opinion on the payroll hours data submitted.  Accordingly, we do not express such an opinion.  Had we performed additional procedures, other matters might have come to our attention that would have been reported to you.

Exceptions to employer contributions noted are detailed on the accompanying schedule.

This report is intended solely for the use of the specified users listed above and should not be used by those who have not agreed to the procedures or taken responsibility for the sufficiency of the procedures for their purposes.

Very truly yours,

**MOORE, RENNER & SIMONIN, P.C.**

By: *Robert Simonin P.A.*

MEMBERS OF AMERICAN INSTITUTE OF CERTIFIED PUBLIC ACCOUNTANTS
ILLINOIS AND MISSOURI SOCIETY OF CERTIFIED PUBLIC ACCOUNTANTS

CH-IK PAINTING, INC.
NOTES TO REPORT

1.   Our review was conducted at the employer's office.  Available records included payroll earnings records, payroll tax returns and W-2's.

2.   Amounts paid the Fund – Review period               $171,575.00

| | Pension | FTI | LMCI | PAT | Total |
|---|---|---|---|---|---|
| Total deficiencies | $38,623.86 | $238.58 | $512.73 | $351.14 | $39,726.31 |
| Interest | 2,409.42 | 14.67 | 31.84 | 21.14 | 2,477.07 |
| Cost of audit | 905.86 | 5.59 | 12.02 | 8.20 | 931.67 |
| Total | $41,939.14 | $258.84 | $556.59 | $380.48 | $43,135.05 |

The deficiencies include only unreported hours.  Hours for September and October, 2005 which were included in a note to the Fund have been excluded.

3.   Interest in the amount of $931.67 has been computed from the due date of the report where each deficiency was noted through 7/18/06 as follows:

| | |
|---|---|
| 7/01/02 – 12/31/02 | 6% |
| 1/01/03 - 09/30/03 | 5% |
| 10/1/03 – 03/31/04 | 4% |
| 4/01/04 – 06/30/04 | 5% |
| 7/01/04 – 09/30/04 | 4% |
| 10/1/04 – 03/31/05 | 5% |
| 4/01/05 – 09/30/05 | 6% |
| 10/1/05 – 07/18/06 | 7% |

CHK PTG
2002 HOURS WORKED LOCAL 249

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | G. Weir | | | | | | 10 | | | | | | | 10 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 1/02 | 2.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.50 |
| Apprentice | 1/02 | 0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.20 |
| Industry Advancement | 1/02 | 0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.20 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.90 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $25.50 |
| Due to Apprentice | $0.20 |
| Due to Industry Advan. | $0.20 |
| | $25.90 |

CH-HK PTG
2003 HOURS WORKED DC 6

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | A. Bednarski | | | | | | | | | | 43 | 15 | | 58 |
| 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 | R. Brown | | | | | | | | | | 30 | 8 | | 38 |
| 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 | N. Scordos | | | | | | | | | | 63 | 32 | | 95 |
| 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 | S. Rodilis | | | | 170.5 | | | | | | | | | 170.5 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | TOTAL | 0 | 0 | 0 | 170.5 | 0 | 0 | 0 | 0 | 0 | 136 | 55 | 0 | 361.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/02 | 3.70 | 5/03 | 4.15 | $0.00 | $0.00 | $0.00 | $630.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $564.40 | $228.25 | $0.00 | $1,423.50 |
| PAT | 5/02 | 0.03 | 5/03 | 0.04 | $0.00 | $0.00 | $0.00 | $5.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.44 | $2.20 | $0.00 | $12.76 |
| Industry Advancement | 5/02 | 0.03 | 5/03 | 0.04 | $0.00 | $0.00 | $0.00 | $5.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.44 | $2.20 | $0.00 | $12.76 |
| TOTAL | | | | | $0.00 | $0.00 | $0.00 | $641.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $575.28 | $232.65 | $0.00 | $1,449.01 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $1,423.50 |
| Due to PAT | $12.76 |
| Due to Industry Advan. | $12.76 |
| | $1,449.01 |

CH-IK PTG
2003 HOURS WORKED DC 12

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | J. Meister | | | | | | | | | | | 10 | | 10 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 | 0 | 10 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 2.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.00 | $0.00 | $25.00 |
| Apprentice | 6/03 | 0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.20 | $0.00 | $0.20 |
| Industry Advancement | 6/03 | 0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.20 | $0.00 | $0.20 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.40 | $0.00 | $25.40 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $25.00 |
| Due to Apprentice | $0.20 |
| Due to Industry Advan. | $0.20 |
| | $25.40 |

CH-IK PTG
2003 HOURS WORKED LOCAL 435

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | W. Butterworth | | | | | | | 40 | | | | | | 40 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 40 | 0 | 0 | 0 | 0 | 0 | 40 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 3.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $145.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $145.20 |
| Apprentice | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.00 |
| PAT | 6/03 | 0.03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.20 |
| Industry Advancement | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.00 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $150.40 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $145.20 |
| Due to Apprentice | $2.00 |
| Due to PAT | $1.20 |
| Due to Industry Advan. | $2.00 |
| | $150.40 |

CHK PTG
2003 HOURS WORKED LOCAL 1011

| SSN | NAME | | | | | | | | | | | | | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | D. Ivanovic | | | | | | | | | | | | | 24 |
| | | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | |
| | | | | | | | | | | 24 | | | | |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 | 0 | 0 | 0 | 24 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 1.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24.00 | $0.00 | $0.00 | $0.00 | $24.00 |
| Apprentice | 6/03 | 0.05 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.20 | $0.00 | $0.00 | $0.00 | $1.20 |
| TOTAL | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25.20 | $0.00 | $0.00 | $0.00 | $25.20 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $24.00 |
| Due to Apprentice | $1.20 |
| | $25.20 |

CH-IK PTG
2003 HOURS WORKED LOCAL PO1275

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|-----|------|------|------|-------|-------|-----|------|------|------|-------|------|------|------|-------------|
| 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 | A.W. Bailey | | | | | | | | | | 23 | | | 23 |
| 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 | D. Crisp | | | | | | | | | | | 23 | | 23 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23 | 23 | 0 | 46 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|------|------|------|------|------|-------|-------|-----|------|------|------|-------|------|------|------|---------------|
| Pension | 5/03 | 3.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $77.05 | $77.05 | $0.00 | $154.10 |
| Apprentice | 5/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.15 | $1.15 | $0.00 | $2.30 |
| Industry Advancement | 5/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.15 | $1.15 | $0.00 | $2.30 |
| | TOTAL | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $79.35 | $79.35 | $0.00 | $158.70 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $154.10 |
| Due to Apprentice | $2.30 |
| Due to Industry Advan. | $2.30 |
| | $158.70 |

CHIK PTG
2004 HOURS WORKED LOCAL 476

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | P. Dovellos | | | | | | | | | 80 | 160 | 10 | | 250 |
| 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 | I. Aslanis | | | | | | | | | | 120 | 200 | 160 | 480 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | 280 | 210 | 160 | 730 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 2.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $224.00 | $784.00 | $588.00 | $448.00 | $2,044.00 |
| Apprentice | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.00 | $14.00 | $10.50 | $8.00 | $36.50 |
| Industry Advancement | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.00 | $14.00 | $10.50 | $8.00 | $36.50 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $232.00 | $812.00 | $609.00 | $464.00 | $2,117.00 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $2,044.00 |
| Due to Apprentice | $36.50 |
| Due to Industry Advan. | $36.50 |
| | $2,117.00 |

CHK PTG
2005 HOURS WORKED LOCAL BR004

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | C. Kerr | | | | | | 35 | | | | | | | 35 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 5.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $187.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $187.25 |
| Apprentice | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.75 |
| PAT | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.75 |
| Industry Advancement | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.75 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $192.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $192.50 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $187.25 |
| Due to Apprentice | $1.75 |
| Due to PAT | $1.75 |
| Due to Industry Advan. | $1.75 |
| | $192.50 |

**CH-HK PTG**
**2005 HOURS WORKED DC 6**

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | G. Michaels | | | | | | 120 | 34 | | | | | | 154 |
| 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 | J. Gabriel | | | | | | | 116 | 110.5 | | | | | 228.5 |
| 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 | J. Rodriguez | | | | | | | 53.5 | 110 | | | | | 163.5 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 120 | 203.5 | 220.5 | 0 | 0 | 0 | 0 | 544 |

**DOLLAR AMOUNTS DUE**

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/05 | 0.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $60.00 | $101.76 | $110.25 | $0.00 | $0.00 | $0.00 | $0.00 | $272.00 |
| PAT | 5/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.00 | $10.18 | $11.03 | $0.00 | $0.00 | $0.00 | $0.00 | $27.20 |
| Industry Advancement | 5/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.00 | $10.18 | $11.03 | $0.00 | $0.00 | $0.00 | $0.00 | $27.20 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $72.00 | $122.10 | $132.30 | $0.00 | $0.00 | $0.00 | $0.00 | $326.40 |

**TOTALS DUE**

| | |
|---|---|
| Due to Pension | $272.00 |
| Due to PAT | $27.20 |
| Due to Industry Advan. | $27.20 |
| | $326.40 |

CHHK PTG
2005 HOURS WORKED DC 6

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | M. Abraham | | | | | 27 | | | | | -40 | | | 100.5 |
| 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 | T. Frye | | | | | | 73.5 | 182.5 | 110 | 40 | | | | 332.5 |
| 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 | C. Hargrove | | | | | 40 | 80 | 200 | 200 | 80 | | | | 560 |
| 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 | N. Katahdaris | | | | 60 | 80 | 80 | 120 | 120 | | 40 | | | 560 |
| 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 | J. Makris | | | | 69 | 196 | | | 52 | | 44 | 108 | | 469 |
| 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 | L. Papatheodorou | | | | | 21 | 71.5 | | | | | | | 92.5 |
| 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 | E. Siasmis | | | | | | 133 | 27.5 | | | | | | 160.5 |
| 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 | J. Spithas | | | | 69 | 165 | | | 156 | | -40 | 150 | | 500 |
| 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 | F. Thrasivoulou | | | | | | 95 | 63 | | | | 130 | | 288 |
| 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 | J. Davis | | | | | | | | | | 143.5 | 172 | | 315.5 |
| 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 | R. Jung | | | | | | | 140 | 124 | | -37.5 | 130 | | 356.5 |
| 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 | R. King | | | | | | | | | 51.5 | 33 | | | 84.5 |
| 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 | D. Pushey | | | | | | | | | 169 | 124.5 | | | 293.5 |
| TOTAL | | 0 | 0 | 0 | 198 | 529 | 553 | 733 | 762 | 340.5 | 307.5 | 690 | 0 | 4113 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | RATE | DATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/04 | 4.60 | 2.75 | 5/05 | $0.00 | $0.00 | $0.00 | $910.80 | $1,454.75 | $1,520.75 | $2,016.75 | $2,095.50 | $936.38 | $845.63 | $1,897.50 | $0.00 | $11,677.05 |
| PAT | 5/04 | 0.05 | 0.05 | 5/05 | $0.00 | $0.00 | $0.00 | $9.90 | $26.45 | $27.65 | $36.85 | $38.10 | $17.03 | $15.38 | $34.50 | $0.00 | $205.65 |
| Industry Advancement | 5/04 | 0.05 | 0.05 | 5/05 | $0.00 | $0.00 | $0.00 | $9.90 | $26.45 | $27.65 | $36.85 | $38.10 | $17.03 | $15.38 | $34.50 | $0.00 | $205.65 |
| TOTAL | | | | | $0.00 | $0.00 | $0.00 | $930.60 | $1,507.65 | $1,576.05 | $2,089.05 | $2,171.70 | $970.43 | $876.38 | $1,966.50 | $0.00 | $12,088.35 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $11,677.05 |
| Due to PAT | $205.65 |
| Due to Industry Advan. | $205.65 |
| | $12,088.35 |

CH-HK PTG
2005 HOURS WORKED DC 6

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | E. Whitaker | | | | | | | | | | 96 | 99 | | 195 |
| 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 | T. Whitaker | | | | | | | | | | 83 | 44 | | 127 |
| 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 | H. Niedamfier | | | | | | | 163.5 | 41 | | | | | 204.5 |
| 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 | G. Peck | | | | | | | 69 | | | | | | 69 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 232.5 | 41 | 0 | 179 | 143 | 0 | 595.6 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/05 | 2.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $639.38 | $112.75 | $0.00 | $492.25 | $393.25 | $0.00 | $1,637.63 |
| PAT | 5/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.63 | $2.05 | $0.00 | $8.95 | $7.15 | $0.00 | $29.78 |
| Industry Advancement | 5/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11.63 | $2.05 | $0.00 | $8.95 | $7.15 | $0.00 | $29.78 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $662.63 | $116.85 | $0.00 | $510.15 | $407.55 | $0.00 | $1,697.18 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $1,637.63 |
| Due to PAT | $29.78 |
| Due to Industry Advan. | $29.78 |
| | $1,697.18 |

CH.IK PTG
2005 HOURS WORKED DC 12

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | D. Hummel | | | | | | | 21.5 | | | | 26 | | 47.5 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 21.5 | 0 | 0 | 0 | 26 | 0 | 47.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 2.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $53.75 | $0.00 | $0.00 | $0.00 | $65.00 | $0.00 | $118.75 |
| Apprentice | 6/03 | 0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.43 | $0.00 | $0.00 | $0.00 | $0.52 | $0.00 | $0.95 |
| Industry Advancement | 6/03 | 0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.43 | $0.00 | $0.00 | $0.00 | $0.52 | $0.00 | $0.95 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.61 | $0.00 | $0.00 | $0.00 | $66.04 | $0.00 | $120.65 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $118.75 |
| Due to Apprentice | $0.95 |
| Due to Industry Advan. | $0.95 |
| | $120.65 |

CH-K PTG
2005 HOURS WORKED LOCAL 93

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | T. Klatt | | | | | | | | 11 | 74 | | | | 85 |
| 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 | L. Lowry | | | | | | 47 | 177 | | | | | | 224 |
| 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 | P. Shaw | | | | | | | | 36 | | | | | 36 |
| 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 | S. Lowery | | | | | | 72 | 177 | 150 | | | | | 399 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 119 | 354 | 197 | 74 | 0 | 0 | 0 | 744 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/05 | 5.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $595.00 | $1,770.00 | $985.00 | $370.00 | $0.00 | $0.00 | $0.00 | $3,720.00 |
| TOTAL | | 5.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $595.00 | $1,770.00 | $985.00 | $370.00 | $0.00 | $0.00 | $0.00 | $3,720.00 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $3,720.00 |
| | $3,720.00 |

**CH-IK PTG**
**2005 HOURS WORKED LOCAL 249**

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | M. Tosanovic | | | | | | | | | | 54 | 193 | | 247 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 54 | 193 | 0 | 247 |

**DOLLAR AMOUNTS DUE**

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/05 | 2.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $151.20 | $540.40 | $0.00 | $691.60 |
| Apprentice | 6/05 | 0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.08 | $3.86 | $0.00 | $4.94 |
| Industry Advancement | 6/05 | 0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.08 | $3.86 | $0.00 | $4.94 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $153.36 | $548.12 | $0.00 | $701.48 |

**TOTALS DUE**

| | |
|---|---|
| Due to Pension | $691.60 |
| Due to Apprentice | $4.94 |
| Due to Industry Advan. | $4.94 |
| | $701.48 |

CH-K PTG
2005 HOURS WORKED LOCAL 438

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | W. Ralston | | | | | | | | | 150 | 143 | 45 | | 338 |
| 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 | C. Menos | | | | | | | | | 171 | 186 | 114 | | 471 |
| 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 | J. Ruttencutter | | | | | | | | | | 93 | | | 93 |
| 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 | R. Thornton | | | | | | | | | | 130 | 48 | | 178 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 321 | 552 | 207 | 0 | 1080 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/05 | 5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,605.00 | $2,760.00 | $1,035.00 | $0.00 | $5,400.00 |
| Apprentice | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16.05 | $27.60 | $10.35 | $0.00 | $54.00 |
| PAT | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16.05 | $27.60 | $10.35 | $0.00 | $54.00 |
| Industry Advancement | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16.05 | $27.60 | $10.35 | $0.00 | $54.00 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,653.15 | $2,842.80 | $1,066.05 | $0.00 | $5,562.00 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $5,400.00 |
| Due to Apprentice | $54.00 |
| Due to PAT | $54.00 |
| Due to Industry Advan. | $54.00 |
| | $5,562.00 |

CH-K PTG
2005 HOURS WORKED LOCAL 476

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | I. Aslanis | | | | 40 | 160 | 120 | 40 | | | | | | 360 |
| 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 | M. Runic | | | | | | | | | | 62 | 161 | | 223 |
| 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 | M. Siner | | | | | | | | | | 139 | 107 | | 246 |
| 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 | N. Vasquez | | | | | | | | | | | 33 | | 33 |
| 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 | A. Neofotisis | | | | | | | 83.5 | | | | | | 83.5 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | TOTAL | 0 | 0 | 0 | 40 | 160 | 120 | 123.5 | 0 | 0 | 201 | 301 | 0 | 846.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/03 | 2.80 | $0.00 | $0.00 | $0.00 | $112.00 | $448.00 | $336.00 | $345.80 | $0.00 | $0.00 | $562.80 | $842.80 | $0.00 | $2,847.40 |
| Apprentice | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $2.00 | $8.00 | $6.00 | $6.18 | $0.00 | $0.00 | $10.05 | $15.05 | $0.00 | $47.28 |
| Industry Advancement | 6/03 | 0.05 | $0.00 | $0.00 | $0.00 | $2.00 | $8.00 | $6.00 | $6.18 | $0.00 | $0.00 | $10.05 | $15.05 | $0.00 | $47.28 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $116.00 | $464.00 | $348.00 | $358.15 | $0.00 | $0.00 | $582.90 | $872.90 | $0.00 | $2,741.95 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $2,647.40 |
| Due to Apprentice | $47.28 |
| Due to Industry Advan. | $47.28 |
| | $2,741.95 |

CH-IK PTG
2005 HOURS WORKED LOCAL 500

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | L. Mensch | | | | | | | 21.5 | | | | | | 21.5 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | TOTAL | 0 | 0 | 0 | 0 | 0 | 0 | 21.5 | 0 | 0 | 0 | 0 | 0 | 21.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 5/05 | 2.50 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $53.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $53.75 |
| Apprentice | 5/05 | 0.05 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.08 |
| Industry Advancement | 5/05 | 0.05 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.08 |
| TOTAL | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.90 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.90 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $53.75 |
| Due to Apprentice | $1.08 |
| Due to Industry Advan. | $1.08 |
| | $55.90 |

CH-K PTG
2005 HOURS WORKED LOCAL 841

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | P. Topsidis | | | | | 180 | | 160 | 200 | 160 | 160 | | | 860 |
| 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 | J. Mastram | | | | | | | | 58 | 22 | | | | 80 |
| | TOTAL | 0 | 0 | 0 | 0 | 180 | 0 | 160 | 258 | 182 | 160 | 0 | 0 | 940 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 7/04 | 3.35 | $0.00 | $0.00 | $0.00 | $0.00 | $603.00 | $0.00 | $536.00 | $864.30 | $609.70 | $536.00 | $0.00 | $0.00 | $3,149.00 |
| Apprentice | 7/04 | 0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $3.60 | $0.00 | $3.20 | $5.16 | $3.64 | $3.20 | $0.00 | $0.00 | $18.80 |
| PAT | 7/04 | 0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $3.60 | $0.00 | $3.20 | $5.16 | $3.64 | $3.20 | $0.00 | $0.00 | $18.80 |
| Industry Advancement | 7/04 | 0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $3.60 | $0.00 | $3.20 | $5.16 | $3.64 | $3.20 | $0.00 | $0.00 | $18.80 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $613.80 | $0.00 | $545.60 | $879.78 | $620.62 | $545.60 | $0.00 | $0.00 | $3,205.40 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $3,149.00 |
| Due to Apprentice | $18.80 |
| Due to PAT | $18.80 |
| Due to Industry Advan. | $18.80 |
| | $3,205.40 |

CH-K PTG
2005 HOURS WORKED LOCAL 1072

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | A. Jesse | | | | | | 35 | | | | | | | 35 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| TOTAL | | 0 | 0 | 0 | 0 | 0 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 35 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | 6/05 | 5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $175.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $175.00 |
| Apprentice | 6/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.75 |
| Industry Advancement | 5/05 | 0.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.75 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.75 |
| TOTAL | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $178.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $178.50 |

| FUND | DATE | RATE |
|---|---|---|

TOTALS DUE

| Due to Pension | $175.00 |
|---|---|
| Due to Apprentice | $1.75 |
| Due to Industry Advan. | $1.75 |
| | $178.50 |

CH-HK PTG
2005 HOURS WORKED LOCAL P01275

| SSN | NAME | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL HOURS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 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 | C. Davayos | | | | | | | | | 29 | 109 | 120 | | 258 |
| 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 | E. Davis | | | | 37 | | | | | | | | | 37 |
| 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 | J. Kendricks | | | | | | | | | 290 | 243 | 213 | | 746 |
| 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 | E. Pastroumas | | | | 12 | 101 | | | | | | | | 113 |
| 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 | J. Springr | | | | | | | 99.5 | 59 | | | | | 158.5 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | | | | | | | | | | | | | | 0 |
| | TOTAL | 0 | 0 | 0 | 49 | 101 | 0 | 99.5 | 59 | 319 | 352 | 333 | 0 | 1312.5 |

DOLLAR AMOUNTS DUE

| FUND | DATE | RATE | DATE | RATE | JAN. | FEB. | MARCH | APRIL | MAY | JUNE | JULY | AUG. | SEPT. | OCT. | NOV. | DEC. | TOTAL DOLLARS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pension | | | 6/04 | 3.85 | $0.00 | $0.00 | $0.00 | $188.65 | $388.85 | $0.00 | $383.08 | $227.15 | $1,228.15 | $1,355.20 | $1,282.05 | $0.00 | $5,053.13 |
| Apprentice | | | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $2.45 | $5.05 | $0.00 | $4.98 | $2.95 | $15.95 | $17.60 | $16.65 | $0.00 | $65.63 |
| Industry Advancement | | | 6/04 | 0.05 | $0.00 | $0.00 | $0.00 | $2.45 | $5.05 | $0.00 | $4.98 | $2.95 | $15.85 | $17.60 | $16.65 | $0.00 | $65.63 |
| TOTAL | | | | | $0.00 | $0.00 | $0.00 | $193.55 | $398.95 | $0.00 | $393.03 | $233.05 | $1,260.05 | $1,390.40 | $1,315.35 | $0.00 | $5,184.38 |

TOTALS DUE

| | |
|---|---|
| Due to Pension | $5,053.13 |
| Due to Apprentive | $65.63 |
| Due to Industry Advan. | $65.63 |
| | $5,184.38 |