IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff | ) ) | CIVIL ACTION |
| v. | ) ) | NO.: 06-1309 |
| CH-IK PAINTING, INC., *et al.* | ) ) ) | |
| Defendants | ) | |

**JENNINGS SIGMOND, P.C. September 2006 ATTORNEYS' FEES**

| Date | Attorney | Task | Time |
|---|---|---|---|
| 9/7/06 | JLT | Review Affidavits of Service; Preparation of Memo | 0.5 |
| 9/19/06 | JLT | Preparation of Request for Clerk's Entry of Default<br>Preparation of Correspondence to P. Gilbert | 0.6 |
| 9/20/06 | JLT | Review of Default Order | 0.1 |
| 9/27/06 | JLT | Phone Conference w/ T. Montemore (x2)<br>Review Correspondence from P. Gilbert (x2)<br>Preparation of Correspondence to P. Gilbert (x3)<br>Review of Correspondence from T. Montemore (x2)<br>Preparation of Default Motion;<br>Review of Correspondence from P. Gilbert<br>Preparation of Exhibits; | 5.7 |
| 9/28/06 | JLT | Review and Revision of Default Motion;<br>Phone Conference with T. Montemore<br>Calculation of Attorneys' Fees and Cost<br>Preparation of Supporting Affidavits<br>Preparation of Correspondence to T. Montemore | 1.6 |
| | | TOTAL | 8.5 |

September 2006 Summary
JLT   8.5 Hrs. x $200         = $ 1,700.00

      7/06-8/06 Fees      = $   846.00
      9/06-8/06 Costs     = $   711.75

      **Grand Total**     = $3,257.75

172748_1.DOC



# Jennings Sigmond, P.C.
## Time And Expense Details

| Report ID: | OT2025 - 7440 | | | | | | Printed By | MHT |
|---|---|---|---|---|---|---|---|---|
| Wednesday, September 27, 2006 | | | Beginning To End | | | | Page | 1 |

| Client | Client Reporting Name | | Matter | Matter Reporting Name | | | Billing Timekeeper |
|---|---|---|---|---|---|---|---|
| PTINTF | IUPAT Industry Pension Fund | | 28117 | Ch-ik Painting, Inc. | | | Sigmond, Richard B. |

### Unbilled Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 9/12/2006 | $198.10 | 7100 | Service Fee |

**Unbilled Expenses Totals** $198.10

### Billed Time

| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|
| 7/6/2006 | SGR | 0.40 | 0.40 | 200.00 | $80.00 | | Review of Correspondence from Fund regarding New Delinquency Case<br>Review of Documents<br>Preparation of Litigation Memo |
| 7/13/2006 | JLT | 2.20 | 2.20 | 200.00 | $440.00 | | Review of File Documents<br>Computer Research regarding Company Status<br>Review of Dun & Bradstreet Report<br>Preparation of Complaint |
| 7/20/2006 | CTM | 0.80 | 0.80 | 70.00 | $56.00 | | Preparation of Civil Cover Sheets and Summons<br>Preparation of Complaint for Electronic Court Filing and Filing Same<br>Letter to Court regarding Filing Same |
| 7/20/2006 | JLT | 0.50 | 0.50 | 200.00 | $100.00 | | Preparation of Memo regarding Litigation Status |
| 7/20/2006 | SGR | 0.20 | 0.20 | 200.00 | $40.00 | | Review and Revision of Complaint |
| 7/21/2006 | JLT | 0.10 | 0.10 | 200.00 | $20.00 | | Review of Documents<br>Memo to File |
| 7/26/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Summons and Complaint |
| 7/27/2006 | CTM | 0.60 | 0.60 | 70.00 | $42.00 | | Preparation of Complaint for Service<br>Letter to Errands regarding Serving Same<br>Preparation of Secretary Letters |
| 7/28/2006 | CTM | 0.20 | 0.20 | 70.00 | $14.00 | | Review of Electronic Court Documents regarding Order |
| 7/31/2006 | JLT | 0.20 | 0.20 | 200.00 | $40.00 | | Review of Order<br>Review of Docket |

**Billed Time Totals** 5.40   5.40   $846.00

### Billed Expenses

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 7/20/2006 | $350.00 | 7100 | FILING FEE |
| 7/20/2006 | $17.85 | PO | Postage Charges |
| 8/1/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |
| 8/1/2006 | $72.90 | CRDB | Computer Research - Dun & Bradstreet |

Report ID: OT2025 - 7440  
Wednesday, September 27, 2006

**Jennings Sigmond, P.C.**  
**Time And Expense Details**

Beginning To End

Printed By  MHT  
Page  2

**Billed Expenses**

Totals    $513.65

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 5.40 | 5.40 | $846.00 | $711.75 | $1,557.75 |

*** End Of Report ***