UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

INTERNATIONAL PAINTERS & )
ALLIED TRADES INDUSTRY )
PENSION FUND, )
)
Plaintiff, )
)
v. ) Civ. Action No. 06-1309 (RJL)
)
CH-IK PAINTING, INC., *et al.* )
)
Defendants. )

**FINAL JUDGMENT**
(December 18, 2006)

For the reasons set forth in the Memorandum Opinion entered this date, it is hereby

**ORDERED** that plaintiff' Motion for Default Judgment [#8] is **GRANTED**; it is further

**ORDERED** that damages shall be paid to plaintiff in the amount of $71,817.77 for unpaid contributions payable to the International Painters and Allied Trades Industry Pension Fund ("Fund") for the period January 2002 through August 2006; and it is further

**ORDERED** that damages shall be paid to plaintiff in the amount of $4201.99 for interest payable on unpaid pension contributions, calculated from January 1, 2002 through September 30, 2006 at the fluctuating IRS interest rate as set forth in the International Painters and Allied Trades Industry Pension Plan; and it is further

**ORDERED** that damages shall be paid to the plaintiff in the amount of $14,363.57 for liquidated damages, which is 20 percent of the total amount of contributions owed the

for liquidated damages, which is 20 percent of the total amount of contributions owed the Fund for the period January 2002 through August 2006; and it is further

**ORDERED** that damages shall be paid to the plaintiff in the amount of $931.37 for audit costs; it is further

**ORDERED** that damages shall be paid to the plaintiff in the amount of $3,257.75 for attorney's fees; it is further

**ORDERED** that defendants are directed to file complete, proper, and timely remittance reports with accompanying pension contributions for all periods for which defendants are obligated to do so under its collective bargaining agreement(s); and it is further

**ORDERED** that within 20 days of a request by plaintiff or its representative, defendants shall make all payroll books and related records available to plaintiff that are necessary for plaintiff to ascertain the precise amount of any delinquent contributions due to plaintiff for all periods in which defendants are obligated to make contributions; and it is further

**ORDERED** that this Judgement is without prejudice to the right of plaintiff to seek recovery of any past or future delinquencies, interest, damages, and reasonable attorney's fees and costs that may be owing to plaintiff from defendants.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge