IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br>1750 New York Avenue, N.W.<br>Washington, DC 20006-5387<br><br>    Plaintiffs<br>v.<br><br>CH-IK PAINTING, INC.<br><br>    and<br><br>ELIAS KAFANTARIS<br><br>    Defendants | CIVIL ACTION<br><br>NO. 06-1309 |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Sanford G. Rosenthal, Esquire as counsel for Plaintiffs in the above-captioned matter.

                Respectfully submitted,

                JENNINGS SIGMOND, P.C.

BY:  s/ Sanford G. Rosenthal
      SANFORD G. ROSENTHAL
      Bar No. 478737
      The Penn Mutual Towers, 16th Floor
      510 Walnut Street
      Philadelphia, PA  19106-3683
      (215) 351-0674

Date: April 15, 2008