## CERTIFICATE OF SERVICE

I, KENT G. CPREK, Esquire, state under penalty of perjury that I caused a copy of the foregoing Withdrawal of Appearance to be served electronically via the CM/ECF System or acceptable electronic mail and/or placed in the U.S. mail with postage for first class delivery and/or fax on the date set forth below addressed to:

CH-IK Painting, Inc.
1256 Industrial Parkway
Brunswick, OH 44212

Mr. Elias Kafantaris
3936 Rudder Way
New Port Richey, FL 34652

                                          s/ Kent G. Cprek
                                          Kent G. Cprek

Date:  April 15, 2008